**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

NICK SPAIN,

     Plaintiff,

v.

AMERICAN FIDELITY ASSURANCE
COMPANY,

     Defendant.

Case No.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant American Fidelity Assurance Company ("Defendant") removes this action from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma under 28 U.S.C. §§ 1331 and 1441(a). Defendant removes this case on the grounds that this Court has original jurisdiction over the claims involving a federal question. Defendant's Notice of Removal is based upon and supported by the following:

## BACKGROUND

1. On March 17, 2025, Plaintiff Nick Spain ("Plaintiff") filed this civil action against Defendant in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2025-1786 (the "State Court Action"). In the Petition, Plaintiff alleges Defendant violated the Americans with Disabilities Act, 42 U.S.C. §§ 12101 *et seq.* ("ADA") and Family and Medical Leave Act, 29 U.S.C. §§ 2601 *et seq.* ("FMLA"). (Exhibit 1, Petition, ¶¶ 8, 26–46.)

2.     On or about June 26, 2025, Plaintiff attempted to serve the Petition on Defendant by personal delivery to an individual not authorized to receive service on behalf of Defendant. Plaintiff never had summons issued in state court and thus never served Defendant with summons, as required by Okla. Stat. tit 12, § 2004. (*See* Exhibit 2, Affidavit of Process Server Leslie Antone.)

3.     Although Plaintiff has attempted service of the Petition, Plaintiff has not caused a summons to be issued, and therefore service of process has not been properly effectuated under Oklahoma law. Accordingly, the 30-day period for removal under 28 U.S.C. § 1446(b) has not commenced, and this Notice of Removal is timely.

4.     Removal to this Court is appropriate because the Petition is pending in the District Court of Oklahoma County, State of Oklahoma, which is located in this Court's jurisdiction. *See* 28 U.S.C. §§ 116(c), 1441(a).

**<u>GROUNDS FOR REMOVAL</u>**

5.     The Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1331 because Plaintiff's causes of action, as alleged under the ADA and the FMLA, arise under the laws of the United States thus providing this Court federal question jurisdiction.

6.     Therefore, the State Court Action may be removed to this Court by Defendant under 28 U.S.C. § 1441(a).

2

## NOTICES PROVIDED TO PLAINTIFF AND TO STATE COURT

7.      Under 28 U.S.C. § 1446(a) and LCvR81.2, the docket sheet and a true and correct copy of all process, pleadings, and orders filed in the State Court Action are attached. (Exhibit 3, State Court Docket.)

8.      In accordance with 28 U.S.C. § 1446(d), Defendant is promptly filing a notice (with a copy of this Notice of Removal attached to it) with the Oklahoma County Court Clerk—the court in which this action was commenced and pending at the time this Notice of Removal was filed with this Court. That filing will be done in the case entitled *Spain v. American Fidelity Assurance Company,* District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2025-1786. Defendant will promptly serve on Plaintiff the notice with a copy of the Notice of Removal attached. (Exhibit 4, State Court Notice.)

## CONCLUSION

9.      By this Notice of Removal, Defendant does not waive any objections that it may have as to insufficient process, insufficient service, jurisdiction, venue, or any other defenses to this action. Defendant intends no admission of fact, law, or liability by this Notice of Removal, and it reserves all defenses, motions, and pleas. Defendant requests that this action be removed to this Court for final determination, that all further proceedings in the State Court Action be stayed, and that Defendant obtain all additional relief to which it is entitled.

WHEREFORE, Defendant respectfully removes the above-captioned action now pending against it in the District Court of Oklahoma County, State of Oklahoma, to this Court.

3

DATED: July 11, 2025.

Respectfully submitted,

/s/ Victor F. Albert
Victor F. Albert, OK #12069
Heath T. Albert, OK #34603
PORTER HEDGES LLP
5520 N. Francis Avenue
Oklahoma City, Oklahoma  73118
Telephone:  405-254-5727
valbert@porterhedges.com
halbert@porterhedges.com
***Attorneys for Defendant***
***American Fidelity Assurance Company***

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of July, 2025, I served a copy of the foregoing to Plaintiff by certified mail and regular mail, with a courtesy copy served by email:

Nick Spain
2111 Bellaire Drive
Moore, OK 73160
(405) 570-4441
kotaspain@gmail.com

/s/ Victor F. Albert
Victor F. Albert